E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARYL JACKSON

    Plaintiff(s),

v.

YANG MING (AMERICA) CORP.

    Defendant(s).

No. C C07-06412

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2/19/2008

Signature _____

Counsel for **Defendant Yang Ming Corp.**
(Plaintiff, Defendant, or indicate "pro se")