1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
2  Mitchell S. Griffin (SBN 114881)
   190 The Embarcadero
3  San Francisco, CA 94105
   Email Address: mgriffin@cwghp.com
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Defendant YANG MING
6  (AMERICA) CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | DARRYL JACKSON,              ) Civil Action No.: C07-06412 EMC
                                  )
12 |            Plaintiff,         ) **DEMAND FOR JURY TRIAL**
                                  )
13 |     v.                        )
                                  )
14 | YANG MING (AMERICA)           )
   | CORPORATION, a corporation,  )
15 |                               )
   |            Defendant.         )
16 |_____ )

17

18       Defendant hereby demands a jury trial in this matter.

19

20  Dated: February 19, 2008           COX, WOOTTON, GRIFFIN,
                                       HANSEN & POULOS, LLP
21                                     Attorneys for Defendant YANG MING
                                       (AMERICA) CORPORATION
22

23
                                       By /s/ Mitchell Griffin
24                                        Mitchell Griffin

25

26

27

28

-1-                                                        Case No. C07-06412