GARY B. ROTH, ESQ., State Bar No. 248031
JOHN M. ANTON, ESQ., State Bar No.
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, California 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
E-mail: courtmail@boxerlaw.com

Attorneys for Plaintiff
DARRYL JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DARRYL JACKSON, | No. C-07-6412 MMC |
|---|---|
| Plaintiff, | |
| vs. | **PROOF OF SERVICE OF CASE MANAGEMENT CONFERENCE ORDER; AND STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY** |
| YANG MING (AMERICA) CORPORATION, a New York corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

1
PROOF OF SERVICE OF CASE MANAGEMENT CONFERENCE ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL JACKSON,                      )<br>                                      )<br>                                      )<br>            Plaintiff(s),            )<br>                                      )<br>     vs.                              )<br>                                      )<br>YANG MING (AMERICA) CORP.,            )<br>                                      )<br>            Defendant(s),             )<br>_____) | NO.  C-07-6412 MMC<br><br>CASE MANAGEMENT<br>CONFERENCE ORDER |

   IT IS HEREBY ORDERED that, pursuant to Rule 16(b), Federal Rules of Civil Procedure, and Civil L.R. 16-2, a Case Management Conference will be held in this case before the Honorable Maxine M. Chesney on __Friday, April 4, 2008__ at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building.

   Plaintiff(s) shall serve copies of this Order and the Court's Standing Orders at once on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5.  Following service, plaintiff(s) shall file a certificate of service with the Clerk of this Court.

   Counsel are directed to confer in advance of the Case Management Conference with respect to all of the agenda items listed in the *Standing Order for All Judges of the Northern District of California/Contents of Joint Case Management Statement.* Not less than seven days before the conference, counsel shall file a joint case management statement addressing each agenda item.  Failure to file a joint statement shall be accompanied by a signed declaration setting forth the grounds for such failure.

   Each party shall be represented at the Case Management Conference by counsel prepared to address all of the matters referred to in this Order, and with authority to enter stipulations and make admissions pursuant to this Order.

   Any request to reschedule the above dates shall be made in writing, and, if

possible, by stipulation. Unless impracticable, such request shall be made not less than ten days before the conference date. Good cause must be shown.

Failure to comply with this Order or the Local Rules of this Court may result in sanctions. See Fed.R.Civ.P. 16(f); Civil L.R. 1-4.

IT IS SO ORDERED.

Dated: February 27, 2007.

_____
MAXINE M. CHESNEY
United States District Judge

# STANDING ORDERS FOR CIVIL CASES
## ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

1. Counsel shall consult and comply with all provisions of the Local Rules relating to continuance, motions, briefs, and all other matters, unless superseded by these Standing Orders.

2. **Electronic Case Filing - Lodging Hard Copies for Chambers**

   In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked **"Chambers Copy"** and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and "E-Filing Chambers Copy."

3. <u>**Scheduling Days:**</u>

   a. Criminal Law and Motion Calendar is conducted on Wednesdays at **2:30 p.m.**
   b. Civil Law and Motion Calendar is conducted on Fridays at **9:00 a.m.**
   c. Case Management Conferences are conducted on Fridays at **10:30 a.m.**, with order of call determined by the Court.
   d. Pretrial conferences are generally conducted on Tuesday afternoons at **3:00 p.m.**
   e. Counsel need not reserve a hearing date for motions, but noticed dates may be reset as the Court's calendar requires.

4. **Proposed Orders Required:** Each party filing <u>or opposing</u> a motion shall also serve and file a proposed order which sets forth the relief or action sought and a <u>short</u> statement of the rationale of decision, including citation of authority, that the party requests the Court to adopt.

5. **Discovery:** Discovery motions will be referred to a Magistrate Judge.

6. **Procedural Matters:** Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an administrative request in accordance with Civil Local Rule 7-11. *In either case, no changes in the Court's schedule or procedures shall be made except by signed order of the Court **and only upon a showing of good cause.***

7. **Service of Standing Orders:** Plaintiff is directed to serve copies of these standing orders at once upon all parties to this action and upon those subsequently joined, in accordance with the provisions of Rules 4 and 5, Federal Rules of Civil Procedure, and to file with the Clerk of the Court a certificate reflecting such service.

IT IS SO ORDERED.

Dated: April 20, 2005

Maxine M. Chesney
United States District Judge

# PROOF OF SERVICE

Case: *DARRYL JACKSON vs. YANG MING (AMERICA) CORP.*
Civil Action No. C07-06412 MMC

STATE OF CALIFORNIA  )
                     ) SS
COUNTY OF ALAMEDA    )

I am a citizen of the United States and employed in the County of Alameda, State of California; I am over the age of 18 years and not a party to the within entitled action; my business address is 300 Frank H. Ogawa Plaza, Suite 500, Oakland, California 94612.

I declare that on the date hereof, I served a copy of:

**PROOF OF SERVICE OF CASE MANAGEMENT CONFERENCE ORDER; AND STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

☒ (By Mail) By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on that date following ordinary business practices, in the United States Mail at the offices of Boxer & Gerson, Oakland, California, addressed as shown below or on the attached sheet. I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

☒ (By Messenger) By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by ONE HOUR DELIVERY messenger service to the addresses shown below.

☒ (By Overnight Delivery) By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges prepaid, to be sent by _____, addressed as shown below.

☒ (By Facsimile Transmission) By transmitting a true copy thereof by facsimile transmission to facsimile number (__) _____ to the interested parties to said action as listed below.

**ATTORNEYS FOR DEFENDANT: YANG MING (AMERICA) CORP.**
Mitchell S. Griffin [SBN 114881]
Cox, Wootton, Griffin,
Hansen & Poulos, LLP
190 The Embarcadero
San Francisco, CA 94105
Telephone (415) 438-4600
Facsimile (415) 438-4601

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **March 11, 2008** at Oakland, California.

_____
A. HARRISON

1

PROOF OF SERVICE