# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Jackson,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Yang Ming America Corporation,<br><br>            Defendant(s). | 07-06412 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

    It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: March 20, 2008

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Timothy J. Smagacz

                                      */s/ Timothy Smagacz*
                                      _____
                                      ADR Administrative Assistant
                                      415-522-4205
                                      Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**PROOF OF SERVICE**

Case Name:       Jackson v. Yang Ming America Corporation

Case Number:     07-06412 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On March 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> John M. Anton
> Boxer & Gerson, LLP
> 300 Frank H. Ogawa Plaza
> Suite 500
> Oakland, CA 94612
> courtmail@boxerlaw.com

> Gary B. Roth
> Boxer & Gerson, LLP
> 300 Frank H. Ogawa Plaza
> Suite 500
> Oakland, CA 94612
> courtmail@boxerlaw.com

> Gary B Roth
> Boxer and Gerson, LLP
> 300 Frank H. Ogawa Plaza
> Suite 500
> Oakland, CA 94612
> groth@boxerlaw.com

      Mitchell S. Griffin
      Cox Wootton Griffin Hansen & Poulos, LLP
      190 The Embarcadero
      San Francisco, CA 94105
      mgriffin@cwghp.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 20, 2008 in San Francisco, California.

                                    RICHARD W. WIEKING
                                  Clerk
                                  by:    Timothy J. Smagacz

                                  */s/ Timothy Smagacz*
                                  _____
                                  ADR Administrative Assistant
                                  415-522-4205
                                  Tim_Smagacz@cand.uscourts.gov