**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**                                                                 E-Filing

Date: APR 0 4 2008

C-07-6412-MMC

___DARRYL JACKSON___ v ___YANG MING (AMERICA) CORP.___

Attorneys: ___GARY ROTH___   ___Mitchell Griffin___

Deputy Clerk: **TRACY LUCERO**           Reporter: ___NOT REPORTED___

**PROCEEDINGS:**                                                              **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

                                                                        INITIAL
( ) Status Conference      ( ) P/T Conference      (✓) Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 1/9/09.

Meet & confer by 2/23/09. Joint statement due by 1/16/09.

(✓) ORDER TO BE PREPARED BY:   Plntf_____  Deft_____  Court ✓

                                           PRIVATE
(✓) Referred to ~~Magistrate~~ For: ___MEDIATION___ By stipulation
    ( )By Court
(✓) CASE CONTINUED TO  1/23/09 @ 10:30  for  Further Status Conference

Discovery Cut-Off ___10/31/08___        Expert Discovery Cut-Off ___12/26/08___
π/Δ                                      π/Δ     REBUTTAL
~~Plntf~~ to Name Experts by ___11/21/08___   ~~Deft~~ to Name Experts by ___12/5/08___

P/T Conference Date ___3/31/09 @ 3:00___ Trial Date ___4/13/09 @ 9:00___ Set for ___4-5___ days
                             Type of Trial:  (✓)Jury   ( )Court
Notes: _____

cc: ADR/MED (8 min)