**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Mitchell S. Griffin (SBN 114881)
190 The Embarcadero
San Francisco, CA 94105
Email Address: mgriffin@cwghp.com
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendant YANG MING
(AMERICA) CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>YANG MING (AMERICA)<br>CORPORATION, a corporation,<br><br>    Defendant. | Civil Action No.: C07-06412<br><br>**NOTICE OF UNAVAILABLITY** |

**ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that commencing July 11, 2008 through July 28, 2008, Mitchell S. Griffin Esq., counsel of record for Defendant's, YANG MING (AMERICA) CORPORATION, will be unavailable for any purpose whatsoever, including but not limited to receiving notices of any kind, responding to ex-parte applications, appearing in court, attending depositions, responding to discovery requests, responding to motions, or for any other purpose. Purposely scheduling or rescheduling a conflicting proceeding without good cause is sanctionable conduct. *Tenderloin Housing Clinic v. Sparks (1992) 8 Cal.App. 4th 299.*

///

Dated: July 1, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendant,
YANG MING (AMERICA) CORPORATION

By: _____

MITCHELL S. GRIFFIN

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

Notice of Unavailabilty   -2-   Case No. C07-06412

**PROOF OF SERVICE**
(California Code of Civil Procedure §1013)

Case:  ***Darryl Jackson v. Yang Ming (America) Corporation***
7Case No.:  United States District Court, Northern District, Case No.: C 07-06412

I am employed in the City and County of San Francisco by the law firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP, 190 The Embarcadero, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action.

On July 1, 2008, I served the attached document(s):

### NOTICE OF UNAVAILABILTY

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except for facsimile transmission), addressed as shown below, for service as designated below:

(A)  By First Class Mail: I am readily familiar with the practice of Cox, Wootton, Griffin, Hansen & Poulos, LLP, for the collection and processing of correspondence for mailing with the U.S. Postal Service, and that correspondence would be deposited with the U.S. Postal Service the same day in the ordinary course of business. I caused each such envelope, with first-class postage thereon fully prepaid, to be sealed and placed in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the addressee(s) on the date indicated.

(B)  By Personal Service: I caused each such envelope to be personally handed to the addressee(s) by a member of the staff of this law firm on the date indicated.

(C)  By Messenger Service: I am readily familiar with the practice of Cox, Wootton, Griffin, Hansen & Poulos, LLP, for messenger delivery, and I caused each such envelope indicated below, to be delivered to a courier employed either by First Legal Support Services or by Worldwide Attorney Services, with both of whom we have a direct billing account, who personally delivered each such envelope to the addressee(s) on the date indicated.

SKULD.Spar Two/2299

Case No. C 05-3406 SC

1  (D)  <u>By Federal Express</u>:  I am readily familiar with the practice of Cox, Wootton, Griffin, Hansen & Poulos, LLP, for the collection of overnight courier deliveries, and such overnight courier deliveries would be deposited with the courier the same day in the ordinary course of business.  I caused each such envelope/package to be delivered to Federal Express Corporation, with whom we have a direct billing account, at San Francisco, California, to be delivered to the addressee(s) on the next business day.

(E)  <u>By Facsimile</u>:  I caused each such document(s) to be served via facsimile electronic equipment transmission (fax) on the party(ies) indicated below by transmitting a true copy to the following fax number(s):

| SERVICE | ADDRESSEE | PARTY |
|---|---|---|
| A | Gary B. Roth, Esq.<br>John M. Anton, Esq.<br>BOXER & GERSON, LLP<br>300 Frank H. Ogawa Plaza, Suite 500<br>Oakland, CA 94612<br>(510) 835-8870 telephone<br>(510) 935-0415 facsimile | Attorney for Plaintiff |
| A | James E. Chapman<br>Finnegan, Marks, Theofel & Desmond<br>1990 Lombard St. Ste. 300<br>San Francisco, CA 94123<br>415 931-9284- telephone<br>415 931-6247 - facsimile | Attorney for Defendant:<br>Gallagher Bassett Services<br>c/o Lamorte Burns on behalf<br>of Marine Terminals<br>Corporations |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this July 1, 2008 at San Francisco, California.

*MYRIAM CADER SARGENT*

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

SKULD.Spar Two/2299

Case No. C 05-3406 SC