IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL JACKSON,

    Plaintiff

  v.

YANG MING (AMERICA) CORPORATION,

    Defendant
                               /

No. C 07-6412 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION FOR PHYSICAL EXAMINATION OF PLAINTIFF**

     Pursuant to Civil Local Rule 72-1, defendant's "Motion for Physical Examination of Plaintiff - F.R.C.P. 35," filed September 25, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

     Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

     The November 3, 2008 hearing noticed before the undersigned is VACATED.

     **IT IS SO ORDERED**.

Dated: September 26, 2008

                                            MAXINE M. CHESNEY
                                            United States District Judge