**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   DARRYL JACKSON,                    No. C 07-6412 MMC
12          Plaintiff                   **ORDER REFERRING PLAINTIFF'S**
                                        **MOTION TO COMPEL TO**
13      v.                              **MAGISTRATE JUDGE LARSON**
14   YANG MING (AMERICA) CORPORATION,
15          Defendant
                                   /
16
17       Pursuant to Civil Local Rule 72-1, the "Motion of Plaintiff to Compel Defendant Yang
18   Ming (America) Corporation's Production of Documents," filed October 6, 2008, is hereby
19   REFERRED to Magistrate Judge James Larson, to whom all discovery matters previously
20   were referred.
21       The parties will be advised of the next appearance, if any, by Judge Larson's
22   chambers.
23       The November 10, 2008 hearing before the undersigned is hereby VACATED.
24       **IT IS SO ORDERED**.
25
26   Dated: October 7, 2008
                                        _____
27                                      MAXINE M. CHESNEY
                                        United States District Judge
28