IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL JACKSON, | No. C-07-6412 MMC |
|     Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| YANG MING (AMERICA) CORPORATION, | |
|     Defendant                      / | |

     Before the Court is defendant Yang Ming (America) Corporation's motion for summary judgment, filed January 9, 2009. Plaintiff Darryl Jackson has filed opposition, to which defendant has replied. The matter came on regularly for hearing February 13, 2009. Gary B. Roth of Boxer & Gerson, LLP appeared on behalf of plaintiff. Mitchell S. Griffin of Cox, Wootton, Griffin, Hansen & Poulos, LLP appeared on behalf of defendant.

     Having considered the parties' written submissions, as well as the arguments of counsel, the Court, for the reasons stated on the record at the February 13 hearing, hereby DENIES the motion.

     **IT IS SO ORDERED.**

Dated: February 17, 2009

MAXINE M. CHESNEY
United States District Judge