UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL JACKSON,<br><br>        Plaintiff,<br><br>  v.<br><br>YANG MING (AMERICA)<br>CORPORATION, a corporation,<br><br>        Defendant.<br>_____ | Civ. No.: C07-06412 MMC (JL)<br><br>**[PROPOSED] ORDER FOR DEFENDANT YANG MING (AMERICA) CORPORATION'S COUNSEL, RICHARD C. WOOTTON, TO APPEAR AT TRIAL**<br><br>**TRIAL DATE: April 5, 2010** |

WHEREAS this Court is aware that Defendant Yang Ming (America) Corporation's counsel, Richard C. Wootton has trial calendared in this matter for April 5, 2010, and on that same day trial in the matter of *Randall Edward Lowe v. TaJen Lee et. al.* (Superior Court of California County of Orange Case No. 30-2008-00107057); and

WHEREAS, the above captioned action was filed on December 19, 2007 and the matter of *Lowe v. Lee* was filed on May 22, 2008;

WHEREAS, the above captioned action was set for trial on April 5, 2010 on May 15, 2009 and the matter of *Lowe v. Lee* was set for trial on April 5, 2010 on October 20, 2009.

IT IS HEREBY ORDERED that Richard C. Wootton appear for trial of the above captioned matter in the Northern District of California on April 5, 2010.

Dated: March 24, 2010

_____
United States District Court Judge