GARY B. ROTH, State Bar No. 248031
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza
Rotunda Building, Suite 500
Oakland, California 94612
Telephone:    (510) 835-8870
Facsimile:    (510) 835-0415

Attorneys for Plaintiff
DARRYL JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL JACKSON,<br><br>  Plaintiff,<br><br>vs.<br><br>YANG MING (AMERICA) CORPORATION, a corporation,<br><br>  Defendants. | Civil Action No. C07-06412 MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE APRIL 5, 2010 TRIAL DATE |

IT IS HEREBY ORDERED THAT:

Plaintiff's Unopposed Motion to Continue April 5, 2010 Trial Date is granted.

The April 5, 2010 trial date is vacated and a new trial date is scheduled for April 12 , 2010.

DATED:   April 1, 2010

_____
The Honorable Maxine M. Chesney
Judge of the United States District Court
Northern District of California – San Francisco