1  GARY B. ROTH, State Bar No. 248031
   BOXER & GERSON, LLP
2  300 Frank H. Ogawa Plaza
   Rotunda Building, Suite 500
3  Oakland, California 94612
   Telephone:   (510) 835-8870
4  Facsimile:   (510) 835-0415

5  Attorneys for Plaintiff
   DARRYL JACKSON

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 DARRYL JACKSON,                    )   Civil Action No. C07-06412 MMC
                                      )
11              Plaintiff,            )   [PROPOSED] ORDER GRANTING
                                      )   PLAINTIFF'S UNOPPOSED MOTION
12       vs.                          )   TO CONTINUE APRIL 12, 2010 TRIAL
                                      )   DATE
13 YANG MING (AMERICA) CORPORATION,   )
   a corporation,                     )
14                                    )
                Defendants.           )
15 _____)

16       IT IS HEREBY ORDERED THAT:

17       Plaintiff's ~~Unopposed~~ Motion to Continue April 12, 2010 Trial Date is granted.
                              hereby CONTINUED to April 13, 2010.
18       The April 12, 2010 trial date is ~~vacated and a scheduling conference is scheduled for~~

19  _____, ~~2010 to select a new trial date.~~

20

21 DATED:  April 2, 2010

22                                         _____
                                           The Honorable Maxine M. Chesney
23                                         Judge of the United States District Court
                                           Northern District of California – San Francisco
24

25

26

27

28

                                           1
   [PROPOSED] ORDER CONTINUING APRIL 12, 2010 TRIAL DATE