GARY B. ROTH, State Bar No. 248031
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza
Rotunda Building, Suite 500
Oakland, California 94612
Telephone:   (510) 835-8870
Facsimile:    (510) 835-0415

Attorneys for Plaintiff
DARRYL JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL JACKSON,

    Plaintiff,

vs.

YANG MING (AMERICA) CORPORATION,
a corporation,

    Defendants.

Civil Action No. C07-06412 MMC

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE APRIL 13, 2010 TRIAL DATE

AND SETTING MAY 21, 2010 SCHEDULING CONFERENCE

IT IS HEREBY ORDERED THAT:

Plaintiff's Motion to Continue April 13, 2010 Trial Date is granted.

The April 13, 2010 trial date is vacated and a scheduling conference to select a new trial date is hereby scheduled for May 21, 2010, at 10:30 a.m. No later than May 14, 2010, the parties shall file a Joint Status Statement, in which they shall set forth a proposed new trial date, either jointly or individually. Finally, the Court does not consider at this time the issue of whether defendant is entitled to reimbursement for costs incurred to cancel flights.

DATED:

April 7, 2010

_____
The Honorable Maxine M. Chesney
Judge of the United States District Court
Northern District of California – San Francisco

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE APRIL 13, 2010 TRIAL DATE