IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL JACKSON, | No. C 07-6412 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| YANG MING (AMERICA) CORPORATION, | |
| Defendant. | |

The parties having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged herein against defendant be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: February 1, 2011

MAXINE M. CHESNEY
United States District Judge